

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| THORSTEN RANSAVILLE FARRELL, | | No. 08-13-00021-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 383rd District Court |
| | § | |
| ANA FARRELL, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC # 2011DCM10297) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, ****both in this Court and the court below,**** for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF JANUARY, 2015.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
(Rivera, J., not participating)